No. 870, Misc. BUSH *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 893, Misc. CECIL ET AL. *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioners *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 894, Misc. WINTER *v.* WARDEN, MARYLAND PENITENTIARY. Circuit Court of Howard County, Maryland. Certiorari denied.

No. 924, Misc. CUMMINGS *v.* BENNETT, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 935, Misc. CRUIKSHANK *v.* SACKS, WARDEN. Supreme Court of Ohio. Certiorari denied.

No. 939, Misc. SPRINGFIELD *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 960, Misc. STULTZ *v.* RHAY, PENITENTIARY SUPERINTENDENT. Supreme Court of Washington. Certiorari denied.

No. 1022, Misc. LEWIS *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 1023, Misc. OWENS *v.* ELLIS, CORRECTIONS DIRECTOR. Petition for writ of certiorari to the Court of Criminal Appeals of Texas and for other relief denied.